■ In the Matter of ARISTIDES S. RESTITUYO, Respondent, v JAMES L. BERBARY, as Superintendent of Collins Correctional Facility, et al., Appellants. [718 NYS2d 747] —Judgment unanimously reversed on the law without costs and petition dismissed. Memorandum: Supreme Court erred in granting the CPLR article 78 petition seeking reinstatement of petitioner into the sexual offenders treatment group at Collins Correctional Facility. " 'It is well settled that a court may not substitute its judgment for that of the board or body it reviews *unless* the decision under review is arbitrary and unreasonable and constitutes an abuse of discretion' " (*Matter of Pell v Board of Educ.*, 34 NY2d 222, 232, quoting *Matter of Diocese of Rochester v Planning Bd.*, 1 NY2d 508, 520; *see, Matter of Arrocha v Board of Educ.*, 93 NY2d 361, 363-364; *Matter of Wagschal v Board of Examiners*, 69 NY2d 672, 674). The court failed to find that respondents' determination was arbitrary and unreasonable or an abuse of discretion, nor would the record support such a finding. (Appeal from Judgment of Supreme Court, Erie County, Sedita, Jr., J.—CPLR art 78.) Present—Hayes, J. P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.